KAMALA D. HARRIS
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General
JOHN P. WALTERS
Deputy Attorney General
State Bar No. 216472
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-3033
 Fax: (619) 645-2581
 E-mail: John.Walters@doj.ca.gov
*Attorneys for Defendants*
*M. Palomino, M. Plaza, R. Rosas, and J.*
*Biberston*

JS-6

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD LEE JOHNSON,**<br><br>Plaintiff,<br><br>v.<br><br>**J. BIBERSTON, et al.,**<br><br>Defendants. | 13-cv-03053-VAP-DFM<br><br>**JOINT MOTION TO DISMISS** |

Plaintiff, **RICHARD LEE JOHNSON**, and Defendants, **J. BIBERSTON, et al.**, through their counsel of record, have settled this case. Accordingly, the parties move the Court under Federal Rule of Civil Procedure 41(a)(2) and Local Rules 7-1 and 7-2 to dismiss this action against Defendants with prejudice.

Each party bears its own costs and fees.

///

///

1

1   THE PARTIES SO STIPULATE.

2

3   Dated: June 11, 2014

4                                              RICHARD LEE JOHNSON
                                               *Plaintiff in pro se*

5

6

7                                              JOHN P. WALTERS
                                               Deputy Attorney General
8                                              *Attorneys for Defendants*
                                               M. Palomino, M. Plaza, R. Rosas,
9                                              *and J. Biberston*

10

11  SD2013805990
    80909895.doc

12

13

14                                             IT IS SO ORDERED
                                               Dated  10 3 14
15

16
                                               United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

                                        2